**Order entered April 30, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00124-CV

**GANGULY HOLDINGS, L.L.C., ET AL., Appellants**

**V.**

**KER-SEVA LTD., ET AL., Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03979-2018**

## ORDER

Before the Court is appellant's April 29, 2021 request of Denise Carrillo, Official Court Reporter for the 471st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **June 1, 2021**. We caution Ms. Carrillo that further requests will be disfavored.

/s/     KEN MOLBERG
            JUSTICE